10417. JAMES *v.* SULLIVAN, guardian.

STEPHENS, J. Upon the call of this case there being no representation for the plaintiff in error, by brief or otherwise, and it being plainly apparent that the writ of error was prosecuted for delay only, the motion of the defendant in error that the record be opened, the

judgment therein affirmed, and damages of ten per cent. for delay be awarded him, is granted. (Civil Code, § 6249).

*Judgment affirmed, with damages. Jenkins, P. J., and Smith, J., concur.*
                    DECIDED OCTOBER 20, 1919.

Motion for new trial; from Douglas superior court—Judge Bartlett. December 27, 1918.

*J. R. Hutcheson,* for defendant in error.